# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| DONNA E. ALBRECHT, | Case No.: 1:12-cv-01602-BAM |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on Plaintiff's voluntary notice of dismissal (Doc. 11), the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

Dated:  November 5, 2012           /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE

-1-